IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDDIE ROOSEVELT TAYLOR,

        Petitioner,

vs.                                CASE NO. 4:07cv494-SPM/WCS

JAMES McDONOUGH,

        Respondentt.

_____/

## __ORDER__

        THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 5) dated January 8, 2008, recommending that this case be transferred to the Middle District.  Petitioner filed a memorandum of law (doc. 7) after the report and recommendation was issued, but he makes no objection to the proposed transfer.  Instead, the memorandum is directed to the Middle District and Petitioner argues the merits of his 2254 claims.  Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.

        Accordingly, it is

        ORDERED AND ADJUDGED:

        1.      The report and recommendation (doc. 5) is adopted and

incorporated by reference in this order.

     2.     The clerk shall transfer this case to the United States District Court

for the Middle District of Florida for all further proceedings.

     DONE AND ORDERED this 29th day of January, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge